UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NISSAN MOTOR ACCEPTANCE COMPANY, LLC f/k/a NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INFINITI OF ENGLEWOOD, LLC d/b/a INFINITI OF ENGLEWOOD, NISSAN OF HAWTHORNE, LLC d/b/a NISSAN OF HAWTHORNE, ELITE NISSAN OF BERGENFIELD, LLC d/b/a ELITE NISSAN, JAMES D. DEMETRAKIS, JOHN P. STEFANIDIS, INFINITI OF ENGLEWOOD REALTY CO., LLC, NISSAN OF HAWTHORNE REALTY, LLC, NISSAN OF HAWTHORNE REALTY II, LLC, BERGEN AUTOMOTIVE REALTY, LLC, WASHINGTON AVENUE ASSOCIATES, LLC, BERGENFIELD SUZUKI, LLC, MILLER-RINALDI & ASSOCIATES, INC. a/k/a MILLER-RINALDI & CO., ANTHONY J. RINALDI, Individually,<br><br>　　　　Defendants. | Civil Action No. 2:18-cv-17228 (EP/MAH)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AMONG ONLY CERTAIN PARTIES |

Pursuant to the Paragraph __9__ of the Confidential Settlement and Mutual Release Agreement effective January 31, 2024, and Rules 41(a)(2) and 41(c) of the Federal Rules of Civil Procedure, Plaintiff, Nissan Motor Acceptance Company LLC f/k/a Nissan Motor Acceptance Corporation, and Defendants Infiniti of Englewood, LLC d/b/a Infiniti of Englewood, Nissan of Hawthorne, LLC d/b/a Nissan of Hawthorne, Elite Nissan of Bergenfield, LLC d/b/a Elite Nissan of Bergenfield, James D. Demetrakis, John P. Stefanidis, Infiniti of Englewood Realty Co., LLC, Nissan of Hawthorne Realty Co. II, LLC, Bergen Automotive Realty, LLC, Washington Avenue Associates, LLC, and Bergenfield Suzuki, LLC, by their undersigned counsel, hereby stipulate

1

that the claims and counterclaims asserted among and against them in this action are dismissed with prejudice and that each party is to bear its own costs and attorneys' fees.

The respective parties and their undersigned counsel hereby stipulate to the entry, filing, form and substance of this Stipulation.

Hon. Evelyn Padin, U.S.D.J.
Hon. Michael A. Hammer, U.S.M.J.
11/26/2024

STEVENS & LEE, P.C.
Attorneys for Plaintiff,
Nissan Motor Acceptance Company, LLC f/k/a Nissan Motor Acceptance Corporation

By: _____
Salvatore A. Giampiccolo, Esq.
Ryan P. Mulvaney, Esq.
669 River Drive
Suite 201
Elmwood Park, New Jersey 07407

Date: April ___, 2024
May 6,

CYRULI, SHANKS & ZIZMOR, LLP
Attorneys for Defendants
Infiniti of Englewood, LLC d/b/a Infiniti of Englewood, Nissan of Hawthorne, LLC d/b/a Nissan of Hawthorne, Elite Nissan of Bergenfield, LLC d/b/a Elite Nissan of Bergenfield, James D. Demetrakis, John P. Stefanidis, Infiniti of Englewood Realty Co., LLC, Nissan of Hawthorne Realty Co. II, LLC, Bergen Automotive Realty, LLC, Bergenfield Suzuki, LLC, and Co-Counsel for Washington Avenue Associates, LLC

By: _____
Jeffrey C. Ruderman, Esq.
Russell Shanks, Esq.
420 Lexington Avenue
23rd Floor
New York, New York 10170

Date: April ___, 2024
May 6,

2

GREENBAUM, ROWE, SMITH & DAVIS, LLP
Co-Counsel for Defendant,
Washington Avenue Associates, LLC

By: _____
David L. Bruck, Esq.
99 Wood Avenue South
Iselin, New Jersey 08830

Date: April ___, 2024
May 6,